FREDERICK S. HEAL, Respondent, *v.* RICHMOND COUNTY SAVINGS BANK, Appellant.

*Heal* v. *Richmond County Savings Bank,* 127 App. Div. 428, affirmed.
(Argued October 15, 1909; decided October 29, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1908, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial in an action to procure the cancellation of a bond and mortgage.

*Mortimer S. Brown* and *Melvin L. Decker* for appellant.

*William D. Gaillard* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

WILLIAM N. WHITE et al., Appellants, *v.* LESLIE G. LOOMIS et al., Respondents.

*White* v. *Loomis,* 123 App. Div. 909, affirmed.
(Argued.June 11, 1909; decided November 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 16, 1907, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract of sale.

*Charles Caldwell* for appellants.

*Frank Rice* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.